Argued and submitted December 24, 1987, convictions affirmed, sentences vacated
and remanded for resentencing March 2, 1988

## STATE OF OREGON,
*Respondent,*

*v.*

## ROGER DALE CRAWFORD,
*Appellant.*

(CR86-360; CA A44610)

750 P2d 537

Diane L. Alessi, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Gary D. Babcock, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warden, Presiding Judge, and Joseph, Chief Judge,* and Van Hoomissen, Judge.

PER CURIAM

---

* Joseph, C. J., *vice* Young, J., deceased.

## PER CURIAM

Defendant appeals his convictions for theft in the first degree, ORS 164.055, and unlawful possession of a firearm, ORS 166.250. We affirm the convictions but vacate the sentences and remand for resentencing.

Defendant's first and second assignments of error have no merit and do not require discussion. In his third assignment, he contends, and the state concedes, that the trial court erred in imposing consecutive sentences without stating its reasons for doing so and without making the special findings on the record as required by ORS 137.122. We agree. *State v. Ramirez,* 86 Or App 5, 737 P2d 976 (1987).

Convictions affirmed; sentences vacated; remanded for resentencing.